NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1565

ROTHE DEVELOPMENT CORPORATION,

Plaintiff-Appellant,

v.

DEPARTMENT OF DEFENSE and
DEPARTMENT OF THE AIR FORCE,

Defendants-Appellees.

David F. Barton, The Gardner Law Firm, of San Antonio, Texas, argued for plaintiff-appellant.

Conor B. Dugan, Attorney, Appellate Section, Civil Rights Division, United States Department of Justice, of Washington, DC, argued for defendants-appellees.  With him on the brief were Thomas E. Perez, Assistant Attorney General, Mark L. Gross and Lisa Wilson Edwards, Attorneys.

Appealed from:  United States District Court for the Western District of Texas

Judge Xavier Rodriguez

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1565

ROTHE DEVELOPMENT CORPORATION,

Plaintiff-Appellant,

v.

DEPARTMENT OF DEFENSE and
DEPARTMENT OF THE AIR FORCE,

Defendants-Appellees.

# Judgment

ON APPEAL from the    United States District Court for the Western District of Texas

in CASE NO(S).    98-CV-1011

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, LOURIE and BRYSON, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 4, 2010    /s/ Jan Horbaly
                      Jan Horbaly, Clerk